USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 9/15/2015

# STROOCK

VIA FACSIMILE

September 11, 2015

Michele L. Pahmer
Direct Dial: 212-806-6646
Fax: 212-806-6006
mpahmer@stroock.com

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom #619
New York, New York 10007

Re:   The City of New York v. Federal Express Ground Package System, Inc.,
      No. 14-cv-8985(ER)

Dear Judge Ramos:

I write on behalf of FedEx Ground Package System, Inc. ("FedEx Ground") to request an extension of the page limit for FedEx Ground's reply brief in support of its motion to dismiss. Plaintiffs submitted separate oppositions to FedEx Ground's motions totaling over 50 pages. In order to adequately respond to the both Plaintiffs' oppositions, FedEx Ground requests leave to file a single reply brief of no more than 30 pages. Plaintiffs have consented to this request.

Respectfully,

Michele Pahmer/ec
Michele L. Pahmer

cc:  Counsel of Record

The application is ✓ granted
                  ___ denied

Edgardo Ramos, U.S.D.J
Dated: 9/14/2015
New York, New York

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM